# SUPREME COURT OF PENNSYLVANIA

136 A.3d 978–983

| | | | |
|---|---|---|---|
| Bank of America, N.A. v. Darby | 04/06/2016954 MAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| C.L.H., In re Adoption of; A.M.S., In re | 03/29/201688 WAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| CitiMortgage, Inc. v. Novotny [1] | 04/12/2016994 MAL (2015) | Denied | Pa.Super., 135 A.3d 647 |
| Com. v. Abdul-Hakim [2] | 03/29/2016652 EAL (2015) | Denied | Pa.Super., 134 A.3d 481 |
| Com. v. Armour | 04/12/2016572 EAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Axe [3] | 04/12/201620 MAL (2016) | Denied | Pa.Super., 135 A.3d 656 |
| Com. v. Baker [4] | 04/06/2016984 MAL (2015) | Denied | Pa.Super., 134 A.3d 506 |

1. Justice DONOHUE did not participate in the consideration or decision of this matter.
2. Justice DOUGHERTY did not participate in the consideration or decision of this matter.
3. Justice WECHT did not participate in the consideration or decision of this matter.
4. Justice WECHT did not participate in the consideration or decision of this matter.